IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DONNELLE WILKERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV422-238 |
| WARDEN BROOKS BENTON, CERT OFFICER SMITH, LIEUTENANT REYES, and CERT SERGEANT BROWN, | ) ) ) ) |
| Defendants. | ) ) |

ORDER

Before the Court is the Magistrate Judge's November 29, 2022, Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 11) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of January 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).